SHARI RUSK, Bar #170313
Attorney at Law
916 2nd Street, Second Floor
Sacramento, CA 95814
Telephone: (916) 804-8656
rusklaw@att.net

Attorney for Defendant
ARONIS JOSE HERNANDEZ AGUILAR

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br><br>vs.<br><br>ARONIS JOSE HERNANDEZ AGUILAR,<br><br>Defendant. | No. 2:24-CR-0246-DAD<br><br>**STIPULATION & ORDER TO CONTINUE JUDGMENT AND SENTENCING** |

The parties agree that this matter should be continued to January 25, 2027 for judgment and sentencing. In consultation with Probation, the parties adopt the following schedule:

| | |
|---|---|
| Judgment and Sentencing Date: | January 25, 2027 |
| Reply, or Statement of Non-Opposition: | January 18, 2027 |
| Formal Objections to the Presentence Report shall be filed with the Court and served on the Probation Officer and opposing counsel no later than: | January 11, 2027 |
| The final Presentence Report shall be filed with the Court and disclosed to counsel no later than: | January 04, 2027 |

Counsel's informal written objections to the Presentence Report shall be delivered to the Probation Officer and opposing counsel no later than: December 28, 2026

The draft Presentence Report shall be disclosed to counsel no later than: December 14, 2026

Dated: September 25, 2026

Respectfully submitted,

/s/ Shari Rusk
SHARI RUSK

Attorney for Defendant
ARONIS JOSE HERNANDEZ AGUILAR

/s/ Cameron Desmond
Assistant United States Attorney

cc: Julie Besabe, USPO

**ORDER**

IT IS SO ORDERED.

Dated: **September 28, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE